IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Rogers, Shirley R | Case Number: 05 B 41684 |
| | Judge: Squires, John H |
| Printed: 01/29/09 | Filed: 9/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 24, 2008
Confirmed: November 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 19,833.20 | |
| Secured: | | 10,460.89 |
| Unsecured: | | 5,349.53 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 1,095.58 |
| Other Funds: | | 33.20 |
| Totals: | 19,833.20 | 19,833.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Hawthorne Credit Union | Secured | 9,860.89 | 9,860.89 |
| 3. | Balaban Furniture Ltd | Secured | 600.00 | 600.00 |
| 4. | Balaban Furniture Ltd | Unsecured | 159.75 | 586.00 |
| 5. | Nothern IN Commuter | Unsecured | 11.66 | 42.77 |
| 6. | Express River | Unsecured | 31.25 | 114.64 |
| 7. | Hawthorne Credit Union | Unsecured | 914.53 | 3,354.64 |
| 8. | RoundUp Funding LLC | Unsecured | 80.10 | 293.83 |
| 9. | Consumer Portfolio Services | Unsecured | 166.06 | 609.15 |
| 10. | Portfolio Recovery Associates | Unsecured | 17.34 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 95.00 | 348.50 |
| 12. | Cash Advance | Unsecured | | No Claim Filed |
| 13. | American Loans LLC | Unsecured | | No Claim Filed |
| 14. | FCNb N News | Unsecured | | No Claim Filed |
| 15. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 16. | First Premier | Unsecured | | No Claim Filed |
| 17. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 18. | Household Finance | Unsecured | | No Claim Filed |
| 19. | Fingerhut | Unsecured | | No Claim Filed |
| 20. | SBC | Unsecured | | No Claim Filed |
| 21. | One Click Cash | Unsecured | | No Claim Filed |
| 22. | Southeast Anesthesia Consult | Unsecured | | No Claim Filed |
| 23. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 24. | Shoppers Charge Accounts | Unsecured | | No Claim Filed |
| 25. | Specialized Card Services | Unsecured | | No Claim Filed |
| 26. | Sonic Payday | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Rogers, Shirley R

Printed: 01/29/09

Case Number: 05 B 41684
Judge: Squires, John H
Filed: 9/29/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Northwestern Memorial Physicians Group | Unsecured | | No Claim Filed |
| 28. Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| | | $ 14,830.58 | $ 18,704.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 224.69 |
| 5% | 75.79 |
| 4.8% | 158.88 |
| 5.4% | 354.93 |
| 6.5% | 232.79 |
| 6.6% | 48.50 |
| | $ 1,095.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

